**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09434 (LAK); 1:18-cv-09439 (LAK); 1:18-cv-09489 (LAK); 1:18-cv-09490 (LAK); 1:18-cv-09491 (LAK); 1:18-cv-09492 (LAK); 1:18-cv-09494 (LAK); 1:18-cv-09497 (LAK); 1:18-cv-09498 (LAK); 1:18-cv-09505 (LAK); 1:18-cv-09507 (LAK); 1:18-cv-09511 (LAK); 1:18-cv-09515 (LAK); 1:18-cv-09549 (LAK); 1:18-cv-09552 (LAK). | 18-MD-2865 (LAK)<br><br>ECF Case |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of December, 2001, the Notion of Motion to Withdraw as Counsel, the Declaration of Mark J. Hyland in Support of Motion to Withdraw as Counsel, and the Proposed Order, filed through the ECF system, were electronically sent to the registered participants as identified on the Notice of Electronic Filing.

      Further, on the 1st day of December, 2021, copies of the documents were also served by email and by Federal Express, Standard Overnight Delivery on Defendant Bernard Tew at:

Bernard Tew
910 Aiken Road
Versailles, KY 40383
drtew@earthlink.net

Dean A. Langdon, Esq.
DelCotto Law Group PLLC
200 North Upper Street
Lexington, Kentucky 40507
dlangdon@dlgfirm.com

New York, New York
December 1, 2021

                                         s/ Mark J. Hyland
                                           Mark J. Hyland

SK 29893 0001 9073925